UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CONSERVATION CONGRESS and
KLAMATH FOREST ALLIANCE,

        NO. CIV. S-11-2605 LKK/EFB

    Plaintiffs,

  v.                               O R D E R

UNITED STATES FOREST
SERVICE,

    Defendant,

    and

SIERRA PACIFIC INDUSTRIES,

    Proposed Defendant
    Intervenor.

_____/

    Pending before the court in the above captioned case is a motion to intervene as defendant-intervenor filed by Sierra Pacific Industries. ECF No. 18. The motion is unopposed by both plaintiffs and federal defendants. The motion is currently set to be heard on December 19, 2011 at 10:00 A.M.

1   Having reviewed Sierra Pacific Industries' unopposed motion
2  to intervene and supporting documents, and determined that Sierra
3  Pacific Industries has met the requirements of Federal Rule of
4  Civil Procedure 24(a)(2), the court GRANTS the motion to intervene.
5  The motion hearing currently set for December 19, 2011 is VACATED.
6   IT IS SO ORDERED.
7   DATED: December 15, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2