James J. Tutchton (CA Bar No. 150908)
Tutchton Law Office, LLC
6439 E. Maplewood Ave.
Centennial, CO 80111
Telephone: (720) 301-3843
Email: jtutchtontlo@gmail.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CONSERVATION CONGRESS, | Case No. 2:11-CV-02605-LKK-EFB |
| Plaintiff, | |
| v. | **STIPULATION REQUESTING CONTINUANCE OF STATUS CONFERENCE (PRETRIAL SCHEDULING)** |
| UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants, | |
| and | |
| SIERRA PACIFIC INDUSTRIES, | |
| Intervenor-Defendant. | |

**STIPULATION REQUESTING CONTINUANCE of PRETRIAL SCHEDULING**
**CONFERENCE and**
**ORDER**

The Court has set a Status (Pretrial Scheduling) Conference for January 17, 2012 at 2:00

PM.  Dkt. # 4 at 1.  Plaintiff's sole counsel, undersigned, will be out of the country and

1

*Stipulation Requesting Continuance*

1  unreachable by phone from January 10th to January 24th 2012.  Accordingly, the parties have

2  agreed to a stipulated extension of the Pretrial Scheduling Conference.  The parties suggest a

3  two-week extension until January 31, 2012, or as soon thereafter as may be convenient for the

4  Court.  The parties have also agreed to file their Joint Status Report, due in advance of the

5  Pretrial Scheduling Conference, by January 9, 2012.

6  SO STIPULATED:

7  DATED: <u>December 21, 2011</u>                          Respectfully Submitted,

8
                                                         <u>s/ James J. Tutchton</u>
9                                                        James J. Tutchton (CA Bar No. 150908)
                                                         Tutchton Law Office, LLC
10                                                       6439 E. Maplewood Ave.
                                                         Centennial, CO 80111
11                                                       Telephone: (720) 301-3843
                                                         Email: jtutchtontlo@gmail.com
12                                                       *Attorney for Plaintiff*

13

14                                                       <u>s/ by permission (JJT)</u>
                                                         Robert P. Williams, Trial Attorney
15                                                       Mary E. Hollingsworth, Trial Attorney
                                                         U.S. Department of Justice
16                                                       P.O. Box 7369
                                                         Washington, D.C. 20044-7369
17                                                       Telephone: (202) 305-0206 (Williams)
                                                                    (202) 305-0324 (Hollingsworth)
18                                                       *Attorneys for the Federal Defendants*

19                                                       <u>s/ by permission (JJT)</u>
20                                                       David E. Martinek
                                                         Dun & Martinek
21                                                       2313 I Street
                                                         P.O. Box 1266
22                                                       Eureka, CA 95502
                                                         Telephone: (707) 442-3791
23                                                       *Attorneys for the Intervenor-Defendant*

24

25

26

27

28

*Stipulation Requesting Continuance*          2

1

**ORDER**

2      Good cause appearing therefore, the Court accepts the parties' stipulated request for a

3    continuance of the Pretrial Scheduling Conference.  The Pretrial Scheduling Conference is now

4    SET for February 6, 2012 at 10:00 a.m.  The parties Status Report is due 14 days prior to the

5    status conference.

6    IT IS SO ORDERED.

7    Dated:  January 9, 2012.

8

9

10                LAWRENCE K. KARLTON
                  SENIOR JUDGE
11                UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

*Stipulation Requesting Continuance*              3

1

2          I, James Jay Tutchton, hereby certify that on December 21, 2012, I caused the foregoing

3  to be served upon counsel of record through the Court's ECF system.  I declare under penalty of
   perjury that the foregoing is true and correct.

4  Dated: <u>December 21, 2012</u>                           <u>*s/James Jay Tutchton*</u>

5                                                            James Jay Tutchton

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28