James J. Tutchton (CA Bar No. 150908)
Tutchton Law Office, LLC
6439 E. Maplewood Ave.
Centennial, CO 80111
Telephone: (720) 301-3843
Email: jtutchtontlo@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE, and<br>UNITED STATES FISH AND WILDLIFE<br>SERVICE,<br><br>    Defendants,<br><br>  and<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>    Intervenor-Defendant. | Case No. 2:11-CV-02605-LKK-EFB<br><br>**STIPULATION REQUESTING CONTINUANCE OF STATUS CONFERENCE (PRETRIAL SCHEDULING)** |

**STIPULATION REQUESTING CONTINUANCE of PRETRIAL SCHEDULING CONFERENCE and ORDER**

The Court has set a Status (Pretrial Scheduling) Conference for January 17, 2012 at 2:00 PM. Dkt. # 4 at 1. Plaintiff's sole counsel, undersigned, will be out of the country and

1

*Stipulation Requesting Continuance*

unreachable by phone from January 10th to January 24th 2012.  Accordingly, the parties have agreed to a stipulated extension of the Pretrial Scheduling Conference.  The parties suggest a two-week extension until January 31, 2012, or as soon thereafter as may be convenient for the Court.  The parties have also agreed to file their Joint Status Report, due in advance of the Pretrial Scheduling Conference, by January 9, 2012.

SO STIPULATED:

DATED: December 21, 2011                                        Respectfully Submitted,

                                                                *s/ James J. Tutchton*
James J. Tutchton (CA Bar No. 150908)
Tutchton Law Office, LLC
6439 E. Maplewood Ave.
Centennial, CO 80111
Telephone: (720) 301-3843
Email: jtutchtontlo@gmail.com
*Attorney for Plaintiff*

*s/ by permission (JJT)*
Robert P. Williams, Trial Attorney
Mary E. Hollingsworth, Trial Attorney
U.S. Department of Justice
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0206 (Williams)
            (202) 305-0324 (Hollingsworth)
*Attorneys for the Federal Defendants*

*s/ by permission (JJT)*
David E. Martinek
Dun & Martinek
2313 I Street
P.O. Box 1266
Eureka, CA 95502
Telephone: (707) 442-3791
*Attorneys for the Intervenor-Defendant*

**ORDER**

Good cause appearing therefore, the Court accepts the parties' stipulated request for a continuance of the Pretrial Scheduling Conference. The Pretrial Scheduling Conference is now SET for February 6, 2012 at 10:00 a.m. The parties Status Report is due 14 days prior to the status conference.

IT IS SO ORDERED.

Dated: January 9, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

*Stipulation Requesting Continuance*                3

1

2       I, James Jay Tutchton, hereby certify that on December 21, 2012, I caused the foregoing to be served upon counsel of record through the Court's ECF system.  I declare under penalty of perjury that the foregoing is true and correct.

3

4   Dated: <u>December 21, 2012</u>                                       <u>*s/James Jay Tutchton*</u>
                                                                                                         James Jay Tutchton

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stipulation Requesting Continuance*                    4