IGNACIA S. MORENO, Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
ROBERT P. WILLIAMS, Trial Attorney
(DC Bar No. 474730)
MARY HOLLINGSWORTH, Trial Attorney
(AZ Bar No. 027080)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0206 (tel)
(202) 305-0275 (fax)

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

Sacramento Division

| | |
|---|---|
| CONSERVATION CONGRESS, | CASE NO. 2:11-cv-02605-LKK -EFB |
| Plaintiff, | |
| v. | **STIPULATED SCHEDULING ORDER FOR PRELIMINARY INJUNCTION BRIEFING** |
| UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants. | |

As directed by the Court during the March 12, 2012 status conference, the parties respectfully submit this stipulated proposed scheduling order setting forth a proposed briefing schedule for Plaintiff's motion for a preliminary injunction. Federal Defendants and Defendant Intervenor (collectively, "Defendants"), currently anticipate that Project activities will

commence on June 1, 2012 in certain high priority units that must be completed no later than September 30, 2012.  Therefore, the parties propose the following briefing schedule:

March 19:    Plaintiff shall provide Defendants with a draft supplemental complaint

March 21:    Defendants shall advise Plaintiff whether or not they will oppose filing of the supplemental complaint

March 22:    If Defendants do not oppose the filing of the supplemental complaint, Plaintiff shall file its supplemental complaint

April 5:       Defendants shall file any responses to the supplemental complaint

April 9:       Plaintiff shall file its motion for preliminary injunction

April 30:      Defendants shall file their oppositions to Plaintiff's motion for preliminary injunction

May 7:         Plaintiff shall file its reply brief.

Hearing on Plaintiff's motion for preliminary injunction is set for May 21, 2012 at 10:00 a.m.

In the event that Defendants oppose the filing of Plaintiff's supplemental complaint, the parties shall meet and confer and submit a proposed amended briefing schedule for the Court's consideration.

Dated this 14th day of March, 2012.


                                           Respectfully Submitted,

                                           IGNACIA S. MORENO,
                                           Assistant Attorney General
                                           SETH M. BARSKY, Chief
                                           KRISTEN L. GUSTAFSON,
                                           Assistant Chief

                                           /s/  Robert P. Williams
                                           ROBERT P. WILLIAMS
                                           Trial Attorney
                                           MARY HOLLINGSWORTH

Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0206
Fax: (202) 305-0275
Email: Robert.P.williams@usdoj.gov

***Attorneys for Federal Defendants***


/s/  *James J. Tutchton*
James J. Tutchton (CA Bar No. 150908)
Tutchton Law Office, LLC
6439 E. Maplewood Ave.
Centennial, CO 80111
Telephone: (720) 301-3843
Email: jtutchtontlo@gmail.com

***Attorney for Plaintiff***


/s/  *Julie A. Weis*
Julie A. Weis
Pro Hac Vice
email: jweis@hk-law.com
HAGLUND KELLEY JONES & WILDER LLP
200 SW Market Street, Suite 1777
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

***Attorneys for Defendant-Intervenor***


PURSUANT TO STIPULATION, IT IS SO ORDERED


Dated: March 15, 2012


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*CONSERV. CONG. ET AL.  V. USFS ET AL.* (PROPOSED STIPULATED SCHEDULING ORDER)                    3                         11CV02605