James J. Tutchton (CA Bar No. 150908)
Tutchton Law Office, LLC
6439 E. Maplewood Ave.
Centennial, CO 80111
Telephone: (720) 301-3843
Email: jtutchtonlo@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CONSERVATION CONGRESS, | Case No. 2:11-cv-02605-LKK-EFB |
| Plaintiff, | |
| v. | **DECLARATION OF MONICA BOND** |
| UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants. | |

## INTRODUCTION

1. The facts set forth in this declaration are based on my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts. As to those matters which reflect an opinion, they reflect my personal opinion and judgment on the matter.

2. I reside in Hanover, New Hampshire.

## QUALIFICATIONS

**I.  Education**

3. I am a wildlife biologist with expertise in wildlife biology, ecology, and behavior. I

*Declaration of Monica Bond*

hold a B.A. degree in Biology from Duke University (1992) and an M.S. degree in Wildlife Science from the Oregon State University (1998).

**II.     Work Experience and Scientific Papers**

4.     From April 1999 until December 2001, I was a research biologist on a California Spotted Owl (*Strix occidentalis occidentalis*) demography study in the central Sierra Nevada, for Humboldt State University and University of Minnesota.  In the summer of 2000, I conducted surveys for Northern Spotted Owls (*S. o. caurina*) on private lands in Mendocino County, California for North Coast Resource Management.  In 2006 and 2007, I conducted additional field research on California Spotted Owls as a contract biologist for the Institute for Bird Populations, during which my colleagues and I documented diet, space-use, and post-fire selection of roosting and foraging habitat by California Spotted Owls in the Sequoia National Forest using radio telemetry.  From 2001 to 2006, I was a staff biologist for the Center for Biological Diversity and commented extensively on land-management projects in national forests within the range of the Spotted Owl.

5.     I am familiar with the scientific literature on habitat associations of all three subspecies of Spotted Owls—the Northern, California, and Mexican (*S.o. lucida*)—throughout their ranges.  I am the lead author of four peer-reviewed papers published in scientific journals on Spotted Owls and their habitat associations and two additional papers are currently in review. The published papers include:

(1) Bond ML, Lee DE, Siegel RB  2010. Winter movements by California Spotted Owls in a burned landscape.  Western Birds 41:174-180;

(2) Bond ML, Lee DE, Siegel RB, Ward, JP Jr.  2009.  Habitat selection and use by California Spotted Owls in a post-fire landscape.  Journal of Wildlife Management 73:1116-1124;

(3) Bond ML, Gutiérrez RJ, Seamans ME  2004.  Modeling nesting habitat selection of California Spotted Owls (*Strix occidentalis occidentalis*) in the central Sierra Nevada using standard forest inventory metrics.  Forest Science 50:773-780; and

(4) Bond ML, Gutiérrez RJ, Franklin AB, LaHaye WS, May CA, Seamans ME  2002.  Short-term effects of wildfires on Spotted Owl survival, site fidelity, mate fidelity, and reproduction.

*Declaration of Monica Bond*              2

Wildlife Society Bulletin 30:1022-1028.  The papers currently in review are:

(1) Lee DE, Bond ML, Siegel RB, Dynamics of California Spotted Owl breeding-season site occupancy in burned forests; and

(2) Bond ML, Lee DE, Siegel RS, A comparison of diet and home-range sizes of California Spotted Owls in burned and unburned landscapes.

6. In addition, I am a co-author of a peer-reviewed manuscript on residual trees and their wildlife associations:  Hunter JE, Bond ML  2001. Residual trees: wildlife associations and recommendations. *Wildlife Society Bulletin*. 29:995-999.  Therein, we documented the importance of large residual trees to numerous wildlife species in northwestern California and recommended retention standards.  Finally, I am the lead author on a peer-reviewed published paper documenting that elevated tree mortality due to drought and insect infestation did not increase subsequent fire severity in the San Bernardino Mountains of Southern California:  Bond ML, Lee DE, Bradley CM, Hanson CT  2009.  Influence of pre-fire tree mortality on fire severity in conifer forests of the San Bernardino Mountains, California. *The Open Forest Science Journal* 2:41-47.

7. I am currently a Principal Scientist with the Wild Nature Institute, a non-profit scientific research and advocacy organization.  At present I am conducting studies analyzing patterns of burn severity in habitats conserved for Mexican and California Spotted Owls and occupancy rates of California Spotted Owls in burned and unburned forests of southern California.

**MY OBSERVATIONS ON THE MUDFLOW PROJECT**

**I.    General Observations**

8. I previously provided comments for an administrative appeal of the Mudflow Vegetation Management Project (hereafter "Mudflow Project").  In those comments, I stated that I believed the Mudflow Project degrades habitat and will prolong recovery of the Northern Spotted Owl, particularly when combined with other past and proposed logging projects throughout the Critical Habitat Unit CA-2, Mt. Shasta LSR (RC-361), and McCloud Managed Late-Successional Area (DD-76).

9. On my field visit to the Mudflow Project site on July 22, 2011, I toured Units 14-73, 14-309, 14-345, 14-354, 14-314, 14-312, and 8-32. I found that these units support stands of what appears to be highly suitable nesting and roosting habitat for the owls, with large, old trees, coarse woody debris, and a multi-level canopy (see photos attached as Exhibit A).

10. On July 22, 2011, I also toured Units 14-23, and 14-261. Unit 14-23 would harvest very large Knobcone Pine trees within a plantation. Unit 14-261 was not identified in the draft or final maps and was likely dropped from the Project; however, this unit is comprised of dense, small trees – in my opinion this area is a more appropriate location for fuel reduction than the other units I checked.

11. Two Spotted Owl activity centers included in the owl's federally designated Critical Habitat (ST-211 and ST-213) occur within the Project area but the Biological Assessment ("BA") fails to state exactly which timber units are within either Activity Center. The Mudflow Project proposes to harvest many of the mid- and large-sized trees in this Critical Habitat, as portrayed in the attached photographs (Exhibit A), which will drastically alter the structure and function of these stands for Spotted Owls. The Biological Assessment for the Mudflow Vegetation Management Project concludes (on page 15) that the action "May affect, but is not likely to adversely affect" the Northern Spotted Owl, and that the Project "will not significantly impair or harm primary behaviors of the northern spotted owl nor will it significantly downgrade or degrade the utility of this habitat for foraging or dispersal. Nesting and roosting habitat is not affected." In my opinion, these conclusions are unfounded, unjustified, and incorrect based on current science and knowledge of Spotted Owl habitat requirements.

12. Prior to my visit to the Mudflow Project site, I reviewed the Final Environmental Impact Statement ("FEIS") and the BA for the Mudflow Vegetation Management Project. During my visit, I found that the description of the existing conditions did not reflect the conditions I saw on the ground. The FEIS states (on page 84) that "[t]reatment units proposed for thinning are generally overstocked, mature stands with 55-70 percent crown canopy that qualify as foraging habitat but lack sufficient large trees, canopy cover and other habitat features to qualify as nesting/ roosting habitat." However, the units in this timber sale which I toured and

*Declaration of Monica Bond*　　　　　　　4

observed were mostly comprised of clumps of relatively widely spaced, large trees providing relatively high canopy cover, with large fallen logs, as evidenced in the photos.  The habitat appears to be currently functioning as healthy, late-successional habitat.  The FEIS and BA are flatly wrong in many of their descriptions of on-the-ground conditions.  The FEIS and BA say that the site lacks sufficient large trees and canopy cover yet the Project area appears to support high-quality owl habitat; thus the FEIS and BA downplay the harmful effects of logging large trees, and inappropriately conclude that the Project is not likely to adversely impact Northern Spotted Owls.

13. In my appeal comments, I also noted that the treatments proposed in the Mudflow Project are based on presumptions not supported by recent scientific research on habitat for the Spotted Owl.  The FEIS (on page 8) states that part of the purpose of the Project is to "restore natural ecosystem function by (1) Improving forest health, growth and resiliency in both LSR and Matrix land allocations where trees are infected with root disease, where overstocked conditions exist or where there is inadequate stocking [and] (2) Reducing ground and ladder fuels to conditions that reduce the potential for catastrophic fire while still meeting other resource needs."  Thus the management objectives are to 'protect' the forests from future disturbances such as high-severity fire but the Project will certainly degrade current habitat in order to do so.  Moreover, the risk of high-severity fire in dry-forest landscapes may be overestimated (Hanson et al. 2009), and recent research (Bond et al. 2009, Roberts et al. 2011) suggests that fire may not adversely affect and may even positively affect Spotted Owls, which undermines the entire premise of the Mudflow Project.  Thinning and sanitation treatments such as those proposed in the Project remove live and dead trees that provide important structural components for Spotted Owls and their prey, and thus do not provide the same benefits to Spotted Owls as fire, which creates snag foraging habitat interspersed with older, unburned or lightly burned nesting and roosting habitat.  Owls benefit from a complex, multi-layered stand structure that includes decadence such as snags and downed logs, but the Mudflow Project simplifies the stand structure.

14. The Purpose and Need for the Mudflow Project is to (1) improve forest health, tree growth and stand resiliency where trees are infected with root disease, where overstocked

*Declaration of Monica Bond*   5

conditions exist or where there is inadequate stocking; (2) reduce ground and ladder fuel levels to reduce the potential for catastrophic fire while meeting other resource needs; and (3) restore the size, continuity and function off historic wet meadow ecosystems (FEIS on page 8, Record of Decision on page 2). The Shasta-Trinity National Forest proposes to accomplish these goals by logging trees as large as 105 cm diameter based on measurements of marked trees that I made during my field visit, and potentially even larger. I was dumbfounded when I saw the large size of the trees proposed for logging within Northern Spotted Owl Critical Habitat, in which adverse modification is expressly prohibited by law. Additionally, the FEIS offers no explanation whatsoever as to how or why the removal of very large Knobcone Pine trees in Unit 14-23 would further the purpose and need for the Project (other than stating, in a footnote on page 96, that "[p]ast regeneration treatments also focused on areas that were not providing foraging/dispersal habitat; such as knobcone pine stands…"). If one were to accept the basic premises for the Project, current scientific research does not support the removal of large trees to meet these objectives, because fire-risk reduction and increased vigor of residual trees can be accomplished by removing only smaller-sized trees. With regard to fire-risk reduction, for example, Agee and Skinner (2005) reported that fire severity was reduced in the Megram Fire on the Shasta-Trinity National Forest within fuel breaks where only surface and ladder fuels were treated [ladder trees were undefined but probably included trees 15-30 cm diameter based on several graphs], with residual canopy cover exceeding 70% in some areas. The authors also noted (on pages 90-91) that uncut old-growth stands in the Hayfork fires in the Shasta-Trinity National Forest burned at the lowest severities "because they contained the largest trees and had less surface fuel compared to stands with a harvest history." Thus, stands which are already defined as late-successional, such as those in the Mudflow Project, could be treated for just surface fuels and fire severity would likely be reduced.

15. The Mudflow FEIS states (on page 3) that, in the late-successional stands in the Project area, "tree vigor is reduced because of inter-tree competition for limited amounts of nutrients, sunlight and water." North et al. (2009 on pages 23-24) noted that "clusters of intermediate to large trees (i.e., >[48 cm] diameter…) are sometimes marked for thinning with the

*Declaration of Monica Bond*                6

belief that they are overstocked and thinning would reduce moisture stress. Some evidence, however, suggests these groups of large trees may not be moisture stressed by within-group competition because they have deep roots that can access more reliable water sources…." In a long-term study of the large-tree component in treated versus untreated late-seral ponderosa pine forests in the Sierra Nevada, Ritchie et al. (2008) reported lower mortality of large trees >60 cm in stands where no trees >50 cm had been harvested. The Mudflow Project includes numerous large trees >48 cm within clumps that are marked to be harvested. (See photos 0, 1, 3 & 8 in Exhibit A.)

16. Overall, the logging of trees larger than approximately 30 cm, and at the most 48 cm is unnecessary to meet the stated Purpose and Need for the Mudflow Project. Extreme caution should be taken when planning logging in this area given the sensitivity of these forests as Critical Habitat for imperiled Northern Spotted Owls. While surveys have not detected owls in historical territories in the Project area, this is likely due to past and current logging projects that are continuing to degrade (i.e. adversely modify) Critical Habitat. The cumulative effects of these logging projects are likely precluding recovery of the Northern Spotted Owl in the region.

17. The basic premise of the Mudflow Project is to reduce tree mortality resulting from either fire or competitive stress in the late-successional habitat. This entire premise could be considered unwarranted. In fact, dead trees are critical components of any healthy western forest ecosystem, supporting vital habitat for native insects, primary cavity excavators such as woodpeckers, secondary cavity nesters and mammals associated with large woody debris, and even Northern Spotted Owls (many owl nests are situated in large snags, often created by previous fires; North et al. 1999). The network of Late Successional Reserves ("LSRs") must incorporate the range of natural disturbances that comprise a fully functioning, healthy ecosystem, including fire and insect pests and the contribution of resulting dead standing and fallen trees to soil productivity and wildlife habitat. This fully functioning ecosystem is the one in which Northern Spotted Owls have evolved over millennia. Furthermore, any logging project, no matter how small the trees to be harvested, will adversely impact forest ecosystems through soil disturbance and compaction, disruption of nutrient cycling, damage to residual trees, and

*Declaration of Monica Bond*                7

enhancement of root pathogens (Stephens and Moghaddas 2005). The purported Purpose and Need for the Mudflow Project must be weighed against the extremely adverse effects of logging to forest ecosystems, disruption of natural ecosystem processes, and degradation of Critical Habitat for Northern Spotted Owls and other species inhabiting the Project area.

18.  The Mudflow Project and associated FEIS and BA are seriously flawed with respect to impacts on Northern Spotted Owls in several ways. First, the Project itself will unnecessarily degrade Critical Habitat for the owl for a speculative and unproven future benefit. Second, the FEIS and BA do not disclose and analyze the effects of fire on Spotted Owls, and do not properly describe conditions on the ground. Third, the Shasta-Trinity National Forest has failed to account for recent alterations of Spotted Owl Critical Habitat by fire and provide an updated environmental baseline. Finally, the FEIS and BA omit any discussion of the Project's potential to facilitate the invasion of Barred Owls, which are a serious threat to the persistence of Spotted Owls. Below, I comment on each of these impacts in greater detail.

**II.    The Mudflow Project Will Degrade Critical Habitat for the Northern Spotted Owl and Harm the Local Owl Population**

19.  Most of the Mudflow Project lies within LSR DD-76 and Northern Spotted Owl designated Critical Habitat Unit CA-2. Evidence of very large stumps indicates much of the Project area was logged in the past, although the area still contains many large live and some very large dead trees. While the largest remaining trees in the Mudflow Project area would be retained, this Project will remove many additional large-sized trees up to 105 cm diameter that are currently providing important habitat elements for the local population of Northern Spotted Owls. These large trees provide perches for roosting and foraging, cooler temperatures for thermoregulation (Weathers et al. 2001), and a future source of very large trees for nesting.

20.  The Mudflow Project will open the canopy and decrease the density of large trees within Critical Habitat for Northern Spotted Owls. The FEIS (on page 88) states that logging will "degrade" habitat but may improve foraging access for flying owls in habitat "with a dense and relatively impassable understory." However, this is a false description of the actual situation on the ground; most of the areas proposed for harvest that I saw are not so dense as to be impassable

*Declaration of Monica Bond*                 8

for foraging owls (see photos 1, 4, 6 & 7 attached as Exhibit A). The BA improperly concludes (on page 15) that the action "May affect, but is not likely to adversely affect" the Northern Spotted Owl, and that the Project "will not significantly impair or harm primary behaviors of the northern spotted owl nor will it significantly downgrade or degrade the utility of this habitat for foraging or dispersal. Nesting and roosting habitat is not affected." In fact, in my opinion most of the stands within which many large trees would be removed could easily function as nesting and roosting habitat, and the Project would almost certainly degrade the capability of these stands to support not only foraging but nesting and roosting Spotted Owls.

21.     Given the forestry research I described above, the elimination of large (>30 cm) trees is not necessary for fire-risk reduction or increased vigor of remaining trees, and thus will needlessly harm Spotted Owl habitat. The FEIS (on page 90) states that the effects of the preferred alternative "will degrade 1720 acres of existing foraging habitat by reducing canopy cover but the habitat will continue to function, and will be improved by thinning treatments that open up the understory." The Mudflow Project actually reduce late-successional characteristics of the treated stands; scientific evidence (see e.g., Franklin et al. 2000, Olson et al. 2004, Dugger et al. 2005) suggests these treatments may adversely affect Northern Spotted Owl survival, as survival was correlated with more old forest around nests. Seamans and Gutiérrez (2007) found that logging ≥20 ha of mature conifer forest habitat within a female California Spotted Owl's 400-ha core area resulted in lower colonization and higher extinction rates and dramatically increased probability of breeding dispersal in the central Sierra Nevada. Furthermore, Buchanan (2004) notes that reducing the amount of old forest can increase the abundance of a major Spotted Owl predator, the Great Horned Owl. Worse still, recent scientific research has documented that loss of old-forest habitat can facilitate invasions of Barred Owls (Dugger et al. 2011). The Mudflow Project FEIS and BA fail to properly analyze these important issues.

22.     As stated in the recent Recovery Plan for the Northern Spotted Owl, the Northwest Forest Plan ("NWFP") currently provides a network of reserve land-use allocations that protects habitat for late-successional forest species, including the demographic and dispersal needs of the Spotted Owl. Anthony et al. (2006) and Forsman et al. (2011) found that

*Declaration of Monica Bond*                9

demographic rates for Spotted Owls on long-term federal monitoring areas that contained LSRs were higher than those from other long-term study areas, indicating that these LSRs are assisting in the maintenance and, ultimately, the recovery of the subspecies (although populations continue to decline throughout its range). The NWFP reserve network is helping to meet recovery goals in the near term.

23. In sum, the Mudflow Project will reduce canopy cover, simplify vertical structure, and reduce large snags and logs, defeating the entire purpose of establishing the LSR and violating the management direction for the LSR.

### III. The Mudflow Project FEIS and BA Failed to Properly Analyze the Impacts of Fire on the Northern Spotted Owl

24. One of the main goals of the Mudflow Project is to reduce the purported "loss" of Northern Spotted Owl habitat to fire. The FEIS states (on page 98) that "that nesting/roosting (and foraging) habitat within CHU CA-2 remains at risk from loss of wildfire and natural mortality due to overstocking and root disease, notably in those areas on the McCloud Flats and in late-successional reserves where overstocked conditions are leading to an increase in tree mortality and high fuel loads." However, the FEIS provides <u>no</u> <u>discussion</u> <u>whatsoever</u> of scientific literature regarding effects of fire on Spotted Owls. Recent research is finding that forests burned by low, moderate, and even high-severity fire can provide suitable foraging habitat for California Spotted Owls (Bond et al. 2009), a closely related subspecies, possibly by increasing abundance and/or access to some of their prey which including dusky-footed woodrats, pocket gophers, and mice. However, to be useful for owls, the burned forests must have enough trees for them to perch upon and locate prey rustling in the shrubs or trees, thus salvage logging of trees after a fire can have negative effects on the ability of owls to use burned forests to find food (see Clark 2007 for impacts to Northern Spotted Owls).

25. Overall, published studies on California and Mexican Spotted Owls have documented that, in the absence of post-fire salvage logging, fire of varying intensities does not significantly affect occupancy (Jenness et al. 2004, Roberts et al. 2011), has no significant effect on individual survival (Bond et al. 2002), and has no significant effect on reproductive success

*Declaration of Monica Bond*            10

(Bond et al. 2002, Jenness et al. 2004, Roberts et al. 2011). Moreover, severely burned forests provided preferred foraging habitat for California Spotted Owls in burned forests 4 years after fire (Bond et al. 2009). Overall, the manner in which fires burned in the above-published papers did not significantly affect the probability that an area was occupied by Spotted Owls. However, post-fire salvage logging can adversely affect Spotted Owl survival and habitat use. Survival of Northern Spotted Owls that moved from burned salvage-logged sites is lower than owls that remained inside or outside burned/logged sites and did not move (Clark et al. 2011). Salvage logging removes potential perch trees used by foraging owls, and observational reports of radio-marked owls suggest low use of clear-cut salvaged forests. Thus, while fire may reduce Spotted Owl nesting and roosting habitat, it may also increase foraging opportunities, while removing that burned habitat by logging adversely impacts the birds.

26. The Mudflow Project FEIS and associated BA provided no discussion, let alone analysis, regarding fire effects on Northern Spotted Owls. This glaring omission of vital information precludes the public and decision-makers from making an informed evaluation of the impacts of the Project, especially given that the FEIS asserts that wildfire is the greatest threat to Northern Spotted Owls and that reducing fire risk is one of the stated goals of the Project.

**IV.  The Mudflow Project FEIS and BA Failed to Use the Appropriate Environmental Baseline for the Northern Spotted Owl Habitat in the Project Area**

27. While fire does not necessarily pose a threat to Northern Spotted Owl survival and reproduction and even stand-replacing fire can provide suitable foraging habitat, it does have the potential to reduce nesting and roosting habitat (Bond et al. 2009). The Shasta-Trinity National Forest experienced major fires in 2006 and 2008 that burned approximately 40,000 acres of owl habitat. While much of these areas could function as suitable foraging habitat, nesting and roosting opportunities have likely been modified, and this should be reflected in analyses in a revised EIS. Apparently, the Forest Service reinitiated consultation with FWS in 2010 regarding how the impacts of recent fires may affect ongoing management decisions, but that analysis was not completed prior to the signing of the Record of Decision for the Mudflow Project.

*Declaration of Monica Bond*        11

## V. The Mudflow Project FEIS and BA Failed to Assess the Potential Impacts of Barred Owl Invasion on the Northern Spotted Owls in the Project Area

28. The FEIS and BA for the Project fail to even mention the issue of Barred Owls. A recent study (Dugger et al. 2011) corroborated the negative effect of Barred Owls on Northern Spotted Owl occupancy found in previous studies, and quantified increased extinction rates in response to decreased amounts of old forests at the territory core and higher colonization rates when old forest habitat was less fragmented. Dugger et al. (2011) stated "increased habitat protection for spotted owls may be necessary to provide for sustainable populations in the presence of barred owls, and it is obvious from our results that these two additive stressors on spotted owl populations cannot be decoupled in any conservation efforts." This issue is especially important given that a new demography study by Forsman et al. (2011) documents a 3.7% per year decline of the species range-wide. A revised EIS and BA must take the issue of Barred Owl effects on Spotted Owls seriously if the Spotted Owl is to recover.

## CONCLUSION

29. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Weaverville, NC on December 21, 2011

*Monica L. Bond*

―――――――――――
Monica Bond

*Declaration of Monica Bond*                12

**Literature Cited**

Agee, J. K. and C. N. Skinner. 2005. Basic principles of forest fuel reduction treatments. Forest Ecology and Management 211:83-96.

Anthony, R. G, E. D. Forsman, A. B. Franklin, D. R. Anderson, K. P. Burnham, G. C. White, C. J. Schwarz, J. D. Nichols, J. E. Hines, G. S. Olson, S. H. Ackers, L. S. Andrews, B. L. Biswell, P. C. Carlson, L. V. Diller, K. M. Dugger, K. E. Fehring, T. L. Fleming, R. P. Gerhardt, S. A. Gremel, R. J. Gutiérrez, P. J. Jappe, D. R. Herter, J. M. Higley, R. B. Horn, L. L. Irwin, P. J. Loschl, J. A. Reid, and S. G. Sovern. 2006. Status and trends in demography of Northern Spotted Owls, 1985-2003. Wildlife Monographs 163:1-48.

Bond, M.L., R.J. Gutiérrez, A.B. Franklin, W.S. LaHaye, C.A. May, and M.E. Seamans. 2002. Short-term effects of wildfires on spotted owl survival, site fidelity, mate fidelity, and reproductive success. Wildlife Society Bulletin 30:1022-1028.

Bond, M. L., D. E. Lee, R. B. Siegel, and J. P. Ward. 2009. Habitat use and selection by California spotted owls in a postfire landscape. Journal of Wildlife Management 73:1116-1124.

Clark, D. A. 2007. Demography and habitat selection of northern spotted owls in post-fire landscapes of southwestern Oregon. M.S. Thesis, Oregon State University, Corvallis, OR.

Clark, D. A., R. G. Anthony, and L. S. Andrews. 2011. Survival rates of northern spotted owls in post-fire landscapes of southwest Oregon. Journal of Raptor Research 45:38-47.

Dugger, K. M., F. Wagner, R. G. Anthony, and G. S. Olson. 2005. The relationship between habitat characteristics and demographic performance of northern spotted owls in southern Oregon. The Condor 107:863-878.

Dugger, K. M., R. G. Anthony, and L. S. Andrews.  2011.  Transient dynamics of invasive competition: Barred owls, spotted owls, habitat, and the demons of competition present.  Preprint, Ecological Society of America.

Forsman, E. D., R. G. Anthony, K. M. Dugger, E. M. Glenn, A. B. Franklin, G. C. White, C. J. Schwarz, K. P. Burnham, D. R. Anderson, J. D. Nichols, J. E. Hines, J. B. Lint, R. J. Davis, S. H. Ackers, L. S. Andrews, B. L. Biswell, P. C. Carlson, L. V. Diller, S. A. Gremel, D. R. Herter, J. M. Higley, R. B. Horn, J. A. Reid, J. Rockweit, J. Schaberel, T. J. Snetsinger, and S. G. Sovern.  2011. Population demography of Northern Spotted Owls: 1985-2008.

Franklin, A. B., D. R. Anderson, R. J. Gutiérrez, and K. P. Burnham.  2000.  Climate, habitat quality, and fitness in northern spotted owl populations in northwestern California.  Ecological Monographs 770:539-590.

Jenness, J. J., P. Beier, and J. L. Ganey.  2004.  Associations between forest fire and Mexican spotted owls.  Forest Science 50:765-772.

North, M. P., J. F. Franklin, A. B. Carey, E. D. Forsman, and T. Hamer.  1999.  Forest stand structure of the northern spotted owl's foraging habitat.  Forest Science 45:520-527.

North, M., P. Stine, K. O'Hara, W. Zielinski, and S. Stephens.  2009.  An ecosystem management strategy for Sierran mixed-conifer forests.  General Technical Report PSW-GTR-220, Albany, CA: USDA Forest Service, Pacific Southwest Research Station.

Olson, G. S., E. M. Glenn, R. G. Anthony, E. D. Forsman, J. A. Reid, P. J. Loschl, and W. J. Ripple.  2004.  Modeling demographic performance of northern spotted owls relative to forest habitat in Oregon.  The Journal of Wildlife Management 68:1039-1053.

Ritchie, M. W., B. M. Wing, and T. A. Hamilton. 2008. Stability of the large tree component in treated and untreated late-seral interior ponderosa pine stands. Canadian Journal of Forest Research 38:919-923.

Roberts, S. L., J. W. van Wagtendonk, A. K. Miles, and D. A. Kelt. 2011. Effects of fire on spotted owl site occupancy in a late-successional forest. Biological Conservation 144:610-619.

Seamans, M.S. and R. J. Gutiérrez. 2007. Habitat selection in a changing environment: The relationship between habitat alteration and Spotted Owl territory occupancy and breeding dispersal. The Condor 109:566-576.

Stephens, S. L. and J. J. Moghaddas. 2005. Silvicultural and reserve impacts on potential fire behavior and forest conservation: Twenty-five years of experience from Sierra Nevada mixed conifer forests 125:369-379.