James J. Tutchton (CA Bar No. 150908)
Tutchton Law Office, LLC
6439 E. Maplewood Ave.
Centennial, CO 80111
Telephone: (720) 301-3843
Email: jtutchtontlo@gmail.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>Defendant Intervenor. | Case No. 2:11-cv-02605-LKK-EFB<br><br>**DECLARATION OF DENISE BOGGS IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date: May 21, 2012<br>Time: 10 a.m.<br>Courtroom: Courtroom 4 |

I, Denise Boggs, declare as follows:

1. The facts set forth in this declaration are based on my personal knowledge. If called as a witness in these proceedings, I could and would testify competently to these facts. As to those matters which reflect an opinion, they reflect my personal opinion and judgment on the matter.

2. I am the Executive Director and a member of Conservation Congress, a 501(c)(3)

non-profit conservation organization incorporated in California.

3. Conservation Congress is a small, public interest, non-profit working to protect native ecosystems and wildlife in northern California. It has a longstanding organizational interest in the proper and lawful management of the National Forests, especially the Shasta-Trinity National Forest. Conservation Congress also has a longstanding organizational interest in the protection of the Northern Spotted Owl. Conservation Congress' members, officers, and staff participate in a wide range of aesthetic, scientific, business, and recreational activities, such as hiking, fishing, hunting, photography, wildlife viewing, appreciation of scenery, and bird watching, including attempts to view and appreciate the Northern Spotted Owl, on the Shasta-Trinity National Forest and have concrete plans to continue these activities, including on the lands involved in the Mudflow Project and surrounding areas in the Forest Service's Shasta-McCloud Management Unit. The interests of Conservation Congress, its members, officers, and staff are substantial and are adversely affected by Defendants' failure to comply with the ESA and NEPA. The requested relief will redress the injuries of Conservation Congress and its members, officers, and staff.

4. I am familiar with and have direct knowledge about the Mudflow timber sale ("Mudflow Project"). The Mudflow Project is located on the McCloud Flats, northeast of the community of McCloud in the Forest Service's Shasta McCloud Management Unit. I am very familiar with this timber sale area as well as the surrounding areas. I have hiked, camped, bird watched, looked for Northern Spotted Owls and their nests, and in general enjoyed viewing the very large old trees that remain in this area. I have walked the units of this timber sale and personally seen and photographed the trees marked for cutting. Many of them are large, old trees that are part of the natural forest providing perfect Owl habitat. We measured trees marked for cutting up to 43 inches in diameter at breast height ("DBH"). These trees are not 60-80 year old "second growth" forest as claimed by Defendants. They are old growth trees hundreds of years old.

5. The Mudflow Project proposes a variety of timber cutting and related activities on 2,957 acres of mixed conifer stands and some plantations. The majority of the Project (88%) occurs in a designated Northern Spotted Owl Critical Habitat Unit called "CA-2." In addition,

the Forest Service will allow fuel reduction activities followed by burning on 937 acres, which will also have an adverse effect on the Owl's habitat and its prey.

6. The Mudflow Project area was proposed as critical habitat for the Northern Spotted Owl, in 1992, 2008, and in the draft 2012 critical habitat designations.

7. I have visited the Mudflow Project area on at least the following dates: May 14, 2008, June 9, 2009, and July 22, 2011. I plan to return to this area again in October 2012. The Mudflow Project area includes beautiful large old growth trees and snags that I enjoy hiking through and looking for birds and other animals. I have seen raptors, woodpeckers, and songbirds throughout the Project area. I very much enjoy seeing the large trees and snags that provide critical habitat for the Northern Spotted Owl. I enjoy looking for Owl nests. The logging, fuel treatments, and burning activities proposed in the Mudflow Project will remove habitat that the Owl and its prey need. It will also destroy my ability to enjoy the area, and threaten the Owl's ability to survive in the McCloud Flats. The McCloud Flats area has been heavily logged by many similar projects. A map, provided by the Shasta-Trinity National Forest shows 48 timber sales in the 5th field watershed where the Mudflow Project is located. Much of this logging has occurred in designated critical habitat for the Owl and Late Successional Reserve habitat designated to protect old growth species. In fact, the Shasta-Trinity National Forest has planned three other large timber sales in the near future on the McCloud Flats. All three are in designated critical habitat or Late Successional Reserve habitat. One of the three, Moosehead, is in the same critical habitat unit, CA-2, as the Mudflow Project. Any further degradation of critical habitat and habitat for the Owl's prey in this area could result in a local extirpation of the Owl.

8. I have written extensive public comments and have participated in the administrative appeal that challenged the Forest Service's analysis of the Mudflow Project.

9. The logging and other activities planned in the Mudflow Project will cause irreparable harm to the Northern Spotted Owl, its prey species, and its designated critical habitat. Implementation of the Mudflow Project will irreparably harm my recreational use of the area and my enjoyment of the area for hiking, looking for Owls, woodpeckers, songbirds, and raptors.

10. Conservation Congress cannot afford to pay a substantial bond. Our entire budget

for forest monitoring in 2011 is $155,000. If a large bond were ordered it would likely either put us out of business for the foreseeable future or price us out of the courtroom.

11. If this Court were to order the Forest Service and the U.S. Fish and Wildlife Service to comply with the consultation requirements of the ESA and order them to comply with NEPA, I would benefit from such an order. The Forest Service's compliance with the law would benefit me personally by insuring adequate protection of the resources I am trying to protect as well as my recreational experience.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed in Livingston, Montana on April 6, 2012.

Denise Boggs