**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| CONSERVATION CONGRESS, | Case No. 2:11-cv-02605-LKK-EFB |
| Plaintiff, | **STIPULATED ORDER SHORTENING TIME CONCERNING PLAINTIFF'S MOTION FOR AN INJUNCTION PENDING APPEAL** |
| v. | |
| UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants | |
| SIERRA PACIFIC INDUSTRIES, | |
| Defendant Intervenor. | |

The Parties Have Stipulated:

(1) Federal Defendants and the Intervenor-Defendant will file their Response Briefs to Plaintiff's pending motion for an injunction pending appeal, Dkt. 57, on or before July 18, 2012.

(2) Plaintiff waives its right to file a reply brief.

(3) The Parties waive their opportunity for oral argument.

*[Proposed Order]*                                           *Case No. 2:11-cv-02605-LKK-EFB*

1  IT IS SO ORDERED.

2  Dated: July 10, 2012.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```