**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| CONSERVATION CONGRESS,<br><br>　　Plaintiff,<br><br>　v.<br><br>UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>　　Defendants<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>　　Defendant Intervenor. | Case No. 2:11-cv-02605-LKK-EFB<br><br>**STIPULATED ORDER SHORTENING TIME CONCERNING PLAINTIFF'S MOTION FOR AN INJUNCTION PENDING APPEAL** |

　　The Parties Have Stipulated:

(1) Federal Defendants and the Intervenor-Defendant will file their Response Briefs to Plaintiff's pending motion for an injunction pending appeal, Dkt. 57, on or before July 18, 2012.

(2) Plaintiff waives its right to file a reply brief.

(3) The Parties waive their opportunity for oral argument.

*[Proposed Order]*　　　　　　　　　　　　　　　　　　　　　　*Case No. 2:11-cv-02605-LKK-EFB*

1  IT IS SO ORDERED.

2  Dated: July 10, 2012.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```