UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSERVATION CONGRESS and KLAMATH FOREST ALLIANCE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES FOREST SERVICE,<br><br>　　　　Defendant.<br><br>　　and<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>　　　　Proposed Defendant Intervenor. | No.  CIV. S-11-2605 LKK/EFB<br><br>**ORDER** |

　　This matter concerns a claim under the National Environmental Policy Act, 42 U.S.C. §§ 4321, *et seq.* by plaintiff Conservation Congress against defendant United States Forest Service ("USFS").

　　Plaintiff applies for a temporary restraining order enjoining defendant USFS and defendant-intervenor Sierra Pacific Industries from "proceeding with the Mudflow timber sale pending

1

a final decision on the merits of this case." (Proposed Order, ECF No. 77-12.) According to plaintiff, challenged logging activities are scheduled to commence on Monday, March 24, 2014. (Dugan Decl. ¶¶ 2, 24, ECF No. 77-5.)

The court hereby orders as follows:

[1] Plaintiff's motion is SET for hearing on Wednessday, March 19 at 3:30 p.m. in Courtroom 4. The court will vacate this hearing if the parties file a stipulation agreeing to submit the motion on the papers, or if they agree to a stipulated TRO pending a hearing on a motion for preliminary injunction.

[2] Defendant and defendant-intervenor are DIRECTED to file their oppositions, if any, to the motion for a temporary restraining order no later than Monday, March 17, 2014 at 4:30 p.m.

[3] Plaintiff is DIRECTED to serve defendant and defendant-intervenor with a copy of this order forthwith and to file notice of service with the court immediately thereafter.

IT IS SO ORDERED.

DATED: March 14, 2014.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT