UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

CONSERVATION CONGRESS,                        NO. 2:11-CV-02605-LKK-EFB

    Plaintiff,                                  ORDER ON STIPULATION

    v.

UNITED STATES FOREST SERVICE,

    Defendant,

SIERRA PACIFIC INDUSTRIES,

    Defendant-Intervenor.

This matter having come before the Court on the parties' Stipulation to Submit Plaintiff's Motion for Temporary Restraining Order on the Papers and Waive Oral Argument, the Court, having considered the stipulation, and having found good cause, GRANTS the stipulation. The Court vacates the oral argument set for March 19, 2014, at 3:30 p.m.

DATED: March 17, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Submitted by:          /s/  Marianne Dugan        March 13, 2014

PAGE 1 - ORDER ON STIPULATION